UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN MORENO,

    Plaintiff,

    v.

MUHAMMAD USMAN, et al.,

    Defendants.

Case No. 14-cv-02136-JD

**ORDER TO SHOW CAUSE**

Plaintiff initiated this action against defendants Muhammad Usman and Noor A&R, Inc. on May 9, 2014.  Dkt. No. 1.  The Clerk entered default as against defendant Noor A&R on July 8, 2014, and as against defendant Muhammad Usman on August 26, 2014.  Dkt. Nos. 12, 15.  Plaintiff has neither sought entry of a default judgment nor taken any other action in this litigation since that time.

Plaintiff is ordered to show cause why this case should not be dismissed for failure to prosecute.  Plaintiff may do so by filing a written statement of five pages or less (or by filing a motion for default judgment) on or before May 27, 2015.

In the absence of a timely and satisfactory response, the Court will dismiss the case with prejudice.

**IT IS SO ORDERED.**

Dated: May 13, 2015

_____
JAMES DONATO
United States District Judge