UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MORENO,<br><br>    Plaintiff,<br><br>    v.<br><br>MUHAMMAD USMAN; NOOR A&R, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 3:14-CV-02136-JD<br><br>**ORDER** |

**ORDER**

The entire case is hereby ordered dismissed without prejudice.

Dated: 5/27/2015

_____
HONORABLE JAMES DONATO
UNITED STATES DISTRICT JUDGE

1

Notice for Dismissal                    Case: 3:14-CV-02136-JD